IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| v.   ) | Criminal Action No. 06-118-JJF |
| )  | |
| KEVIN L. PEARSALL,   ) | |
| )  | |
| Defendant.   ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On October 24, 2006, Kevin L. Pearsall was indicted on one count of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1).

2. The defendant is currently a State detainee at the Delaware Correctional Center in Smyrna, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments are held each Thursday at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the

Warden for the Delaware Correctional Center to bring the said defendant, Kevin L. Pearsall, before this Court for an initial appearance and to be returned to the Warden for the Delaware Correctional Center only if the State charges remain outstanding.

COLM F. CONNOLLY  
United States Attorney

By: _____  
Edmond Falgowski  
Assistant United States Attorney

Dated: 11-14-06

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____  
HONORABLE MARY PAT THYNGE  
United States Magistrate Court