# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>KEVIN L. PEARSALL §<br>    Defendant. § | CRIMINAL ACTION NO. 06-118 (JJF) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE
and WARDEN OF DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **KEVIN L. PEARSALL**, who is now detained and imprisoned in **DELAWARE CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said **KEVIN L. PEARSALL** was charged with POSSESSION OF A FIREARM BY A FELON in violation of Title 18 U.S.C., Section 922(g)(1) for an **INITIAL APPEARANCE on NOVEMBER 30, 2006 at 1:00 p.m.**, and to remain in the custody of the U.S. Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable MARY PAT THYNGE, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this **17th day of NOVEMBER 2006.**

PETER T. DALLEO, CLERK

By: _Evette Walson_
     Deputy Clerk

CERTIFIED: 11/17/06
AS A TRUE COPY:
   ATTEST:
   PETER T. DALLEO, CLERK
BY _____
   Deputy Clerk

FILED
2006 NOV 22 AM 10:09
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U. S. MARSHALS RETURN
I have Partially/Fully Executed This Writ By Taking
Custody Of The Within Named_____
_____And Transported Him/Her To
_____
_____On_____

_____
United States Marshal

By:_____
Deputy Marshal

Return unexecuted
Pearsall turned over to USMS on
Detainer.

11/21/06

