# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Christopher S. Koyste**
Assistant Federal Public Defenders

**Tieffa Harper**
Research & Writing Specialist

May 17, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Kevin Pearsall**
             **Criminal Action No.: 06-118-JJF**

Dear Judge Farnan:

      This letter is in follow-up to our May 16, 2007 scheduling conference regarding trial in the above captioned matter. I spoke to Mr. Pearsall, who hereby requests a continuance of trial, which is currently scheduled for May 21, 2007.

      In addition, Mr. Pearsall waives his right to a speedy trial so that he may have additional time to investigate new information provided by the government.

      Respectfully submitted,

      /s/
      Christopher S. Koyste
      Assistant Federal Public Defender

cc:    Clerk of the Court
       Edmond Falgowski, AUSA
       Mr. Kevin Pearsall, Defendant