IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED JUL 6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-118 JJF |
| KEVIN L. PEARSALL, | : |
| Defendant. | : |

**ORDER**

WHEREAS, on May 16, 2007, a Scheduling Conference was held;

WHEREAS, on June 22, 2007, the Court issued a Memorandum Opinion denying Defendant's pending motions;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **July 26, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on July 25, 2007**.

3) Any Proposed Special Voir Dire Questions shall be filed by **noon on July 25, 2007.**

4) The time between date of this Order and July 26, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

July 5, 2007
DATE

_/s/ Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE