IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-118-JJF |
| KEVIN PEARSALL, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this __19__ day of __July__, 2007, upon consideration of Defendant, Kevin Pearsall's Motion for Continuance of Trial, it is hereby **ORDERED** that Mr. Pearsall's trial will be rescheduled for the __9__ day of __OCTOBER__, 2007.

BY THE COURT:

_____
Honorable Joseph J. Farnan JR.
United States District Court

FILED
JUL 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE