IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-118 JJF |
| KEVIN L. PEARSALL, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on July 19, 2007, the Court granted Defendant's Motion for Continuance of Trial (D.I. 31);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **Tuesday, October 9, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **8:30 a.m. on Friday, October 5, 2007**.

3) Any Proposed Special Voir Dire Questions shall be filed by **noon on October 5, 2007.**

4) The time between date of July 27, 2007 and October 9, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

July 24, 2007
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE