IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-118-JJF |
| KEVIN PEARSALL, | : | |
| Defendant. | : | |

## UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorney, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know (witness list to be supplied)?

2. Have you, a close friend or relative been investigated by the Dover Police Department, or other law enforcement agency?

3. Have you, a close friend or relative ever been arrested for anything other than a minor traffic offense?

4. Do you have any pending claims against the United States?

COLM F. CONNOLLY<br>
United States Attorney<br>
<br>
BY: _____<br>
Edmond Falgowski<br>
Assistant United States Attorney

Dated: October 5, 2007