IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-118-JJF |
| | ) | |
| KEVIN PEARSALL, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD TESTIFICANDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On October 9-11, 2007, the above captioned defendant is scheduled to stand trial in this Court.

2. Ana Baez, currently incarcerated as a sentenced prisoner at the Baylor Women's Correctional Institution in New Castle, Delaware, is a government witness. She is serving a sentence issued by the Superior Court for Kent County, Delaware

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the United States Marshal, District of Delaware, and to the Patrick Ryan, Warden for the Baylor Women's Correctional Institution, to bring the said Ana Baez


FILED
OCT 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

before this Court on October 9-11, 20072, commencing at 9:00 a.m. to testify at the trial and to be returned to the Warden for Baylor Women's afterwards.

COLM F. CONNOLLY<br>
United States Attorney<br><br>
BY: /s/ Edmond Falgowski<br>
Edmond Falgowski<br>
Assistant United States Attorney

Dated: October 5, 2007

**IT IS SO ORDERED** this _5_ day of _OCTOBER_, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge