UNITED STATES OF AMERICA )

                              :            **RE: CR.ACTION 06-118-JJF**

DISTRICT OF DELAWARE        )

THE PRESIDENT OF THE UNITED STATES OF AMERICA;

To the Warden of the BAYLOR WOMEN'S CORRECTIONAL INSTITUTION, NEW CASTLE , DELAWARE and to DAVID W. THOMAS, UNITED STATES MARSHAL his deputy and assistant.

GREETINGS:

YOU ARE HEREBY COMMANDED to have the body of one **ANA BAEZ** detained in and at the BAYLOR WOMEN'S CORRECTIONAL INSTITUTION under your custody, as it is said, under safe and secure conduct, to appear in the United States Courthouse in the City of Wilmington in said District, on the 9TH thru 11th day of OCTOBER 2007 at 9:00 **A.M.** for a JURY TRIAL, to testify during this JURY TRIAL the truth according to HER knowledge in a certain cause pending in the said Court, wherein the United States of America is plaintiff and KEVIN PEARSALL is defendant; and that you return the said **ANA BAEZ** daily until conclusion of the trial to the Warden of the DELAWARE CORRECTIONAL CENTER under safe conduct.

And have you then and there this writ.

WITNESS the Honorable JOSEPH J. FARNAN, JR., U.S. DISTRICT JUDGE of the United States District Court for the District of Delaware, at Wilmington in said District, this 5TH day of OCTOBER, 2007.

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY
Deputy Clerk

FILED

OCT  9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
               Deputy Clerk