IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-118 JJF |
| KEVIN L. PEARSALL, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court set a one day trial to commence on October 9, 2007;

WHEREAS, counsel advised the Court that more than one day will be necessary to present their case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial scheduled to commence on October 9, 2007 is CANCELLED.

2) Trial will commence on **October 29, 2007 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3) The time between October 9, 2007 and October 29, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

October 17, 2007
DATE

_[signed] Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE