IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-118-JJF |
| | ) |
| KEVIN L. PEARSALL, | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR WRIT OF
HABEAS CORPUS AD TESTIFICANDUM**

Your Petitioner, the United States of America, by its undersigned attorney, respectfully states:

1. On October 29 and 30, 2007, the above-captioned defendant is scheduled to stand trial in this Court.

2. Ana Baez, currently incarcerated as a sentenced prisoner at the Women's Work Release Treatment Center in New Castle, Delaware, is a Government witness. She is serving a sentence issued by the Superior Court for Kent County, Delaware.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Testificandum to the United States Marshal, District of Delaware, and to Phillip Morgan, Warden for the Women's Work Release Treatment Center, to bring the said Ana


FILED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Baez before this Court on October 29 and 30, 2007, commencing at 9:00 a.m. to testify at the trial and to be returned afterwards to the Warden for the Women's Work Release Treatment Center.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-17-07

**IT IS SO ORDERED** this 23 day of October, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court