IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-118-JJF |
| | ) | |
| KEVIN L. PEARSALL, | ) | |
| | ) | |
| Defendant. | ) | |

### VERDICT FORM

As to Count One, charging the Defendant with possession of firearm and/or ammunition by a convicted felon, we the jury find the Defendant

_____ Guilty          _____ Not Guilty.

_____          _____
Jury Foreperson                                                              Juror

_____          _____
Juror                                                                              Juror

_____          _____
Juror                                                                              Juror



FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

Dated: October _____, 2007.