IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Filed in Open Court this 31st day of October, 20—*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN L. PEARSALL, )<br>)<br>Defendant. ) | Criminal Action No. 06-118-JJF<br><br>**REDACTED** |

### VERDICT FORM

As to Count One, charging the Defendant with possession of firearm and/or ammunition by a convicted felon, we the jury find the Defendant

_____ Guilty          ✓ Not Guilty.

_____        _____
Jury Foreperson                              Juror

_____        _____
Juror                                              Juror

_____        _____
Juror                                              Juror

**FILED**
**OCT 31 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____                    _____
Juror                                       Juror


_____                    _____
Juror                                       Juror


_____                    _____
Juror                                       Juror


Dated: October  31 , 2007.