IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-118 JJF |
| KEVIN L. PEARSALL, | : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 13 to 14 jurors in the above entitled case for October 29, 2007 thru October 31, 2007.

November 1, 2007
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE



FILED
NOV 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE