AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

KEVIN L. PEARSALL

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 06-118-JJF

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Joseph J. Farnan, Jr., United States District Judge
Name and Title of Judicial Officer

November 1, 2007
           Date



FILED
NOV 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE