AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _Delaware_

U.S.A

**EXHIBIT AND WITNESS LIST**

V.  Pearsall

Case Number: 06-118

| PRESIDING JUDGE Farnan | PLAINTIFF'S ATTORNEY Edmond Falgowski | DEFENDANT'S ATTORNEY Eadon Bostic |
| TRIAL DATE (S) 10,29,07 | COURT REPORTER LenDibbs | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 10/29 | | | Officer Christopher J. Bumgarner |
| 1 | | 10/29 | ✓ | ✓ | Photo - Kent - New Castle Ave intersection |
| 2 | | 10/29 | ✓ | ✓ | Photo - 459 New Castle Avenue |
| 3 | | 10/29 | ✓ | ✓ | Photo - 459 New Castle Avenue |
| 4 | | 10/29 | ✓ | ✓ | Photo - Ana Baez from day of arrest. |
| 5a | | 10/29 | ✓ | ✓ | Subject firearm altered to make inoperable |
| 5b | | 10/29 | ✓ | ✓ | "        "        "        "        " (magazine) |
| 14 | | 10/29 | ✓ | ✓ | Photo - Intersection of Kent - New Castle |
| 13 | | 10/29 | ✓ | ✓ | Photo - 430 Kent Avenue from 459 New Castle |
| 9 | | 10/29 | ✓ | ✓ | Photo - Backside 430 Kent Avenue |
| 8 | | 10/29 | ✓ | ✓ | Photo - Backside 430 Kent Avenue - target tree |
| 7 | | 10/29 | ✓ | ✓ | Photo - Backside 430 Kent Avenue - |
| 6 | | 10/29 | ✓ | ✓ | Photo Alley behind Kent Avenue |
| 10 | | 10/29 | ✓ | ✓ | Photo - Kent - Newcastle Intersection |
| 11 | | 10/29 | ✓ | ✓ | Photo - Kent - Newcastle Intersection |
| 12 | | 10/29 | ✓ | ✓ | Composite Photo - depiction of area |
| 17 | | 10/29 | ✓ | ✓ | Stipulations - Facts |
| 18 | | 10/29 | ✓ | ✓ | Stipulations - Curley Testimony |
| W2 | | 10/29 | | | Elaine Reed |
| 15 | | 10/29 | ✓ | ✓ | Clothesline and Tree beyond 430 Kent Avenue - Photo |
| 16 | | 10/29 | ✓ | ✓ | Photo - 459 New Castle Ave from 430 Kent Ave. |
| W3 | | 10/29 | | | Paul Kuntz |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**FILED**

**NOV 6 2007**

**U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Page 1 of ___1___ Pages

| 20 | | | | | |
|----|----|------|---|---|---------------------------------|
| 21 | | 10/29 | ✓ | ✓ | contents of GSR Test Kit |
| W4 | | 10/29 | | | Alfred Schwoeble |
| W5 | | 10/29 | | | Brenda Brown |
| | 22 | 10/29 | ✓ | | Account Activity Ladger |
| | 23 | 10/29 | ✓ | | Account Paperwork |
| W6 | | 10/30 | | | Ana Baez |
| W7 | | 10/30 | | | Mark Grey |
| | W1 | 10/30 | | | Leslie Brown |
| | W2 | 10/30 | | | Shanik Mallay. |
| | W3 | 10/30 | | | John Kilty |
| | 10 | 10/30 | ✓ | | Probation Report - Ana Baez |
| | | | | | |
| | | | | | |
| | | | | | * gun(s) maintained by ATF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page _____ of _____ Pages