IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :
       Plaintiff,              :
                               :
v.                             :   Criminal Action No. 06-118 JJF
                               :
KEVIN L. PEARSALL,             :
                               :
       Defendant.              :

### O R D E R

WHEREAS, a jury trial was held and a verdict rendered on October 31, 2007;

WHEREAS, Plaintiff admitted contents of Gunshot Residue Kit (two vials), Government's exhibit number GX 21;

IT IS HEREBY ORDERED that Government shall retrieve and maintain custody of the above mentioned exhibit until the time for appeal has elapsed.


November 6, 2007                   _____
    DATE                           UNITED STATES DISTRICT JUDGE
                                   (Joseph J. Farnan Jr.)


Exhibit retrieved by: _____ 11/6/07
                         Signature / Date
                      David DiBetta
                         Printed Name

FILED
NOV 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE